## UNITED STATES *versus* RICHARD SMYTH, JOHN McDONELL AND CONRAD TEN EYCK

. . . . . . . . . . . . . . . . . . . .

PAPERS IN FILE [18 . .]: (1) Draft of order transferring case to the Circuit Court for the District of Ohio.